## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JUDY WHITLEY** | * **CIVIL DOCKET NO:** |
| | * |
| **VS.** | * |
| | * **JUDGE:** |
| **HANNAH PITTMAN, HORACE** | * |
| **MANN INSURANCE COMPANY, AND** | * |
| **GEICO COUNTY MUTUAL** | * **MAG. JUDGE:** |
| **INSURANCE COMPANY** | * |

## NOTICE OF REMOVAL

Defendants, Horace Mann Insurance Company and Hannah Pittman, file this notice of removal on the following grounds:

## THE REMOVED CASE

**1.**

On March 18, 2020, a Petition for Damages was filed on behalf of the Plaintiff, Judy Whitley, in the 21st Judicial District Court for the Parish of Livingston, State of Louisiana, styled "*Judy Whitley versus Hannah Pittman, Horace Mann Insurance Company, and Geico County Mutual Insurance Company*," bearing Docket Number 166592, Division "D".

**2.**

On May 22, 2020, Defendant, Hannah Pittman, was served with the Petition for Damages via the Louisiana Long Arm Statute.

**3.**

On June 1, 2020, Defendant, Horace Mann Insurance Company, was served with the Petition for Damages through its registered agent, the Louisiana Secretary of State.

1875924

**4.**

On June 1, 2020, Defendant, Geico County Mutual Insurance Company, was served with the Petition for Damages through its registered agent, the Louisiana Secretary of State.

**5.**

Attached hereto as Exhibit A, *in globo*, is a complete copy of all pleadings currently filed in the court record for the 21st Judicial District Court, Parish of Livingston, State of Louisiana, including a copy of all process served on Defendants.

**6.**

In the Petition for Damages, Plaintiff alleges that, on or about April 1, 2019, Hannah Pittman turned in front of Plaintiff, thereby causing the front of Plaintiff's vehicle to make contact with the passenger side of Ms. Pittman's vehicle in a "T-bone" impact.

**7.**

Plaintiff alleges that, as a result of the collision, she suffered injuries from which she has allegedly not recovered. Specifically, Plaintiff asserts the following damages:

a) Past, present and future medical expenses;

b) Past, present and future lost wages and loss of earning capacity;

c) Past, present and future physical pain and suffering;

d) Past, present, and future mental distress, pain, and suffering;

e) Past, present, and future loss of enjoyment of life; and

f) Any and all other damages to be proven at the trial of this matter.

## BASIS OF JURISDICTION

**8.**

Defendants aver that this Court has original jurisdiction over the claims asserted by Plaintiff pursuant to the provisions of 28 U.S.C. §§ 1332 and 1441, as this is a civil action between citizens of different states, and Plaintiff alleges damages sufficient to place the amount in controversy in excess of $75,000.00, exclusive of interests and costs.

## PARTIES AND DIVERSITY OF CITIZENSHIP

**9.**

Defendants show that there is complete diversity of citizenship between Plaintiff and Defendants.

**10.**

Plaintiff, Judy Whitley, is identified in the Petition as being a resident of, and domiciled in, the Parish of St. Helena, State of Louisiana. Upon information and belief, Defendants aver that Judy Whitley is a citizen of the State of Louisiana.

**11.**

Defendant, Geico County Mutual Insurance Company, is a Maryland corporation that has its principal place of business in Maryland. Accordingly, Geico County Mutual Insurance Company is deemed to be a citizen of Maryland.

**12.**

Defendant, Horace Mann Insurance Company, is an Illinois corporation that has its principal place of business in Illinois. Accordingly, Horace Mann Insurance Company is deemed to be a citizen of Illinois.

**13.**

Defendant, Hannah Pittman, resides and is domiciled in Tennessee. Accordingly, Defendants aver that Hannah Pittman is a citizen of Tennessee.

**14.**

Because Plaintiff is a citizen of Louisiana, and Defendants are citizens of Illinois, Maryland, and Tennessee, complete diversity exists.

## AMOUNT IN CONTROVERSY

**15.**

Defendants state that, based upon information and records received to date regarding Plaintiffs' medical treatment, the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interests and costs.

**16.**

Plaintiff does not plead, and Louisiana law does not allow Plaintiff to plead, a specific amount of damages. La. Code Civ. Proc. art. 893(a)(1). In such circumstances, the Fifth Circuit permits removal under 28 U.S.C. § 1332(c)(2)(B) if the district court finds, by a preponderance of the evidence, that the amount in controversy exceeds $75,000.00, exclusive of interest and costs. *Gebbia v. Wal-Mart Stores, Inc.*, 233 F.3d 880, 882 (5th Cir. 2000).

**17.**

Plaintiff alleges in her Petition that, as a result of the accident, she sustained injuries from which she has not recovered. Further, upon information and belief, Plaintiff complained of low back, neck, and rib pain resulting from the accident. Plaintiff also alleges pain in her right shoulder and right arm. She has undergone Physical Therapy and began orthopedic care. To date, Plaintiff has received three epidural steroid injections in her cervical spine. Plaintiff's alleged

diagnoses include lumbar and cervical radiculopathy. Plaintiff is still treating for her alleged conditions. Based upon Plaintiff's treatment and medical expenses to date, as well as her continuing treatment, combined with the other damages alleged in the Petition, Defendants submit that, by a preponderance of evidence, the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interests and costs.

**18.**

Defendants show that this Court has original jurisdiction over this action pursuant to the provisions of 28 U.S.C. § 1332(a), in that the amount in controversy exceeds the sum of $75,000.00, exclusive of interests and costs, and this is an action between citizens of different states.

## REMOVAL IS TIMELY

**19.**

Defendants show that this Notice of Removal was timely filed with this Court pursuant to the provisions of 28 U.S.C. § 1446(b)(2)(B), as notice was filed within 30 days after service of the initial pleading on Horace Mann Insurance Company.

## CONSENT TO REMOVAL

**20.**

All Defendants which have been served, Horace Mann Insurance Company, Hannah Pittman and Geico Mutual Insurance Company, join in, or consent to, this removal.

## VENUE

**21.**

The venue of this removal action is proper pursuant to the provisions of 28 U.S.C. § 1441(a), as the United States District Court for the Middle District of Louisiana embraces

Livingston Parish and the 21st Judicial District Court, the place where the state court action is pending.

**22.**

Based on the foregoing, Defendants show that this matter is properly removable to this Court pursuant to the provisions of 28 U.S.C. § 1441, *et seq*.

**23.**

Written notice of the filing of this removal will be sent to the adverse party as required by law.

**24.**

A true copy of this notice of removal is being filed with the Clerk of Court for the 21st Judicial District Court for the Parish of Livingston, State of Louisiana, as required by law.

**25.**

**WHEREFORE**, Defendants, Horace Mann Insurance Company and Hannah Pittman, pray that the action be removed to this Court, that the Court accept jurisdiction of the action, and that the action be placed on the docket of the Court for further proceedings, as though it were originally instituted in the Court.

Respectfully Submitted,

BY ATTORNEYS:

**BREAZEALE, SACHSE & WILSON, L.L.P.**
One American Place, 23rd Floor
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone: 225-387-4000
Facsimile: 225-381-8029
Email: joseph.cefalu@bswllp.com

*/s/ Joseph J. Cefalu, III*
Douglas K. Williams, La. Bar Roll No. 2187
Joseph J. Cefalu, III, T.A., La. Bar Roll No. 34478
Katherine M. Cook, La. Bar Roll No. 37640
*Counsel for Horace Mann Insurance Company and Hannah Pittman*

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| JUDY WHITLEY | * | CIVIL DOCKET NO: |
| | * | |
| VS. | * | |
| | * | JUDGE: |
| HANNAH PITTMAN, HORACE MANN INSURANCE COMPANY, AND GEICO COUNTY MUTUAL INSURANCE COMPANY | * * * * | MAG. JUDGE: |

## AFFIDAVIT

STATE OF LOUISIANA

PARISH OF EAST BATON ROUGE

BEFORE ME, the undersigned authority, personally came and appeared

**JOSEPH J. CEFALU, III**

who, after being duly sworn, did depose and say:

That the allegations contained in the Notice of Removal filed herein are true and correct to the best of his knowledge, information, and belief.

_____
Joseph J. Cefalu, III

**SWORN TO AND SUBSCRIBED** before me, Notary Public, this 19th day of June, 2020, Baton Rouge, Louisiana.

_Katherine Cook_
NOTARY PUBLIC

Notary Name Printed: __Katherine Cook__
Notary ID No.: _____
My Commission Expires: _____



KATHERINE M. COOK
Notary Public
State of Louisiana
East Baton Rouge Parish
Notary ID # 37640
My Commission is for Life

1875924

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JUDY WHITLEY** | \* **CIVIL DOCKET NO:** |
| | \* |
| **VS.** | \* |
| | \* **JUDGE:** |
| **HANNAH PITTMAN, HORACE** | \* |
| **MANN INSURANCE COMPANY, AND** | \* |
| **GEICO COUNTY MUTUAL** | \* **MAG. JUDGE:** |
| **INSURANCE COMPANY** | \* |

## PROOF OF SERVICE

Joseph J. Cefalu, III, being duly sworn, does depose and say that he is a member of the bar of the State of Louisiana, is admitted to practice before the United States District Court, Middle District of Louisiana, is a member of the firm Breazeale, Sachse & Wilson, L.L.P., and is counsel for Defendants, Horace Mann Insurance Company and Hannah Pittman.

Affiant further states that, on the 19th day of June, 2020, after the Notice of Removal is filed with the above Court, he is forwarding a copy of said Notice of Removal and attachments via electronic mail and by depositing same in the U.S. Mail, postage prepaid and properly addressed to:

<div style="display:flex;justify-content:space-between;">

Allan L. Schwartzberg
Hester Dornan Lemoine
6655 Jefferson Highway
Baton Rouge, Louisiana 70806
Facsimile: (225) 929-9817
Email: alans@ksbrlaw.com
hesterd@ksbrlaw.com
*Counsel for Plaintiff*

Steven H. Watterson
LAW OFFICE OF JAZMINE A. DUARTE
4000 S. Sherwood Forest Blvd., Ste. 403
Baton Rouge, Louisiana 70816
Email: swatterson@geico.com
*Counsel for Geico County Mutual Insurance Company*

</div>

Affiant further states that, on the same day, immediately following the delivery of the aforesaid papers, he is having a copy of the notice of removal filed with the Clerk of Court for the 21st Judicial District Court, Parish of Livingston, State of Louisiana, for filing in the matter

1875924

entitled "*Judy Whitley versus Hannah Pittman, Horace Mann Insurance Company, and Geico County Mutual Insurance Company*," bearing Docket Number 166592, Division "D".

_____
Joseph J. Cefalu

**SWORN TO AND SUBSCRIBED** before me, Notary Public, this 19th day of June, 2020, Baton Rouge, Louisiana.

_Katherine M. Cook_
NOTARY PUBLIC

Notary Name Printed: **Katherine Cook**
Notary ID No.: _____
My Commission Expires: _____

> KATHERINE M COOK
> Notary Public
> State of Louisiana
> East Baton Rouge Parish
> Notary ID # 37640
> My Commission is for Life

1875924

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| JUDY WHITLEY | *  CIVIL DOCKET NO: |
| VS. | * |
| | *  JUDGE: |
| HANNAH PITTMAN, HORACE MANN INSURANCE COMPANY, AND GEICO COUNTY MUTUAL INSURANCE COMPANY | *  MAG. JUDGE: |

## NOTICE TO ADVERSE PARTY

**TO:** Allan L. Schwartzberg
Hester Dornan Lemoine
6655 Jefferson Highway
Baton Rouge, Louisiana 70806
Phone: (225) 926-4130
Facsimile: (225) 929-9817
Email: alans@ksbrlaw.com
hesterd@ksbrlaw.com

**YOU ARE HEREBY NOTIFIED** that the Defendants, Horace Mann Insurance Company and Hannah Pittman, have filed the attached Notice of Removal, along with other attached documents, with the Clerk of Court for the United States District Court, Middle District of Louisiana, and a copy of said Notice of Removal has been filed with the Clerk of Court for the 21st Judicial District Court, Parish of Livingston, State of Louisiana.

1875924

Respectfully Submitted,

BY ATTORNEYS:

**BREAZEALE, SACHSE & WILSON, L.L.P.**
One American Place, 23rd Floor
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone: 225-387-4000
Facsimile: 225-381-8029
Email: joseph.cefalu@bswllp.com

*/s/ Joseph J. Cefalu, III*
Douglas K. Williams, La. Bar Roll No. 2187
Joseph J. Cefalu, III, T.A., La. Bar Roll No. 34478
Katherine M. Cook, La. Bar Roll No. 37640
*Counsel for Horace Mann Insurance Company and Hannah Pittman*

1875924